

RECEIVED

MAY 1 3 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

CARL LEE HARDY : CIVIL ACTION NO: 2:12-cv-2840

VERSUS : JUDGE DONALD E. WALTER

MICHAEL J. ASTRUE, : MAGISTRATE JUDGE KATHLEEN KAY
UNITED STATES COMMISSIONER
OF SOCIAL SECURITY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, [Doc. #18] and having thoroughly reviewed the record, including the written objections filed, [Doc. #19], and concurring with the findings of the Magistrate Judge under the applicable law:

**IT IS ORDERED** that the ALJ's decision be and is hereby **AFFIRMED**, and that this matter be and is hereby **DISMISSED, WITH PREJUDICE**

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, this 11 day of May, 2015.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE

1